IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02434-WYD-MEH

CARL GENBERG,

    Plaintiff,

v.

STEVEN S. PORTER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 3, 2011.**

    Plaintiff's Unopposed Motion for Leave to File Amended Caption for First Amended Complaint and Jury Demand [filed November 1, 2011; docket #11] is **granted in part and denied in part**. The Court accepts Plaintiff's proposed corrected pleading found at docket #13, and directs the Plaintiff to file with the Court the Corrected First Amended Complaint and Jury Demand (without the word, "proposed," in the title) on or before November 7, 2011. Upon its filing, Defendant shall file an answer or other response to the Corrected First Amended Complaint in accordance with Fed. R. Civ. P. 15(a).