IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-02434-WYD-MEH

CARL GENBERG,

    Plaintiff,

v.

STEVEN S. PORTER,

    Defendant.

## ORDER

THIS MATTER is before the Court on Defendant's Unopposed Motion for Leave to File a Surreply to Plaintiff's Motion for an Order Referring This Case to the Colorado Bankruptcy Court, [ECF No. 48], filed February 16, 2012.   Upon review of the file and the motion, Defendant's Unopposed Motion for Leave to File a Surreply to Plaintiff's Motion for an Order Referring This Case to the Colorado Bankruptcy Court is **GRANTED.** Defendants are ordered to refile their Surreply as a separate document.

Dated:   March 2, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE