IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-02434-WYD-MEH

CARL GENBERG,

    Plaintiff,

v.

STEVEN S. PORTER,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion For Leave to Filed Amended Response to Motions to Dismiss [ECF No. 65], filed March 7, 2012, is **GRANTED.**   Accordingly, the previously stricken Response [ECF No. 59] is now accepted for filing as Plaintiff's Amended Response.

    Dated:   March 14, 2012