IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02434-WYD-MEH

CARL GENBERG,

    Plaintiff,

v.

STEVEN S. PORTER,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    In light of Plaintiff's Second Amended Complaint [ECF No. 77], filed April 16, 2012, Defendant Marc Redlich's Motion to Dismiss [ECF No. 33], filed January 17, 2012 is **DENIED AS MOOT**; Defendant Jeffrey Sperber's et al Motion to Dismiss [ECF No. 34], filed January 17, 2012 is **DENIED AS MOOT**; and Defendant Albert Bautista's Motion to Dismiss [ECF No. 45], filed February 9, 2012 is **DENIED AS MOOT**.

    Dated:   April 18, 2012