IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02434-WYD-MEH

CARL GENBERG,

    Plaintiff,

v.

STEVEN S. PORTER, an individual,
JEFFREY SPERBER, an individual,
AL BAUTISTA, an individual,
MICHELE DARNAUD, an individual,
CHERYL HOFFMAN-BRAY, an individual,
PHILIPPE GASTONE, an individual,
MARC REDLICH, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 18, 2012.**

    The Joint Motion to Vacate Pre-Trial Schedule and Deadlines in Current Scheduling Order [filed April 17, 2012; docket #78] is **granted in part and denied in part**. Due to the temporary stay currently imposed in this case, there is insufficient cause to "vacate" or amend any deadlines in the Scheduling Order. Once the stay is lifted, the Court, if necessary and appropriate, will amend the discovery schedule.

    However, the Court will grant the parties' request to **vacate** the Settlement Conference currently scheduled for April 26, 2012. The parties are reminded that, pursuant to D.C. Colo. LCivR 16.6, they may request the Court's assistance with a settlement conference or early neutral evaluation at any time during the litigation.