IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.     11-cv-02434-WYD-MEH

CARL GENBERG,

    Plaintiff,

v.

STEVEN S. PORTER, an individual
JEFFREY SPERBER, an individual;
AL BAUTISTA, an individual;
MICHELE DARNAUD, an individual;
CHERYL HOFFMAN-BRAY; an individual;
PHILIPPE GASTONE, an individual;
MARC REDLICH; an individual;

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The parties' Joint Motion to Defer Determination of Motion to Refer and Order to Show Cause [ECF No. 60], filed February 28, 2012 is **GRANTED** to the extent that Plaintiff's Motion for an Order Referring this Case to the Colorado Bankruptcy Court [ECF No. 39], filed January 26, 2012, is **DENIED WITHOUT PREJUDICE.**  Although the Court is dubious as to the merits of Plaintiff's motion to transfer the case to the Colorado Bankruptcy Court, Plaintiff has leave to re-file the motion, should the parties deem it necessary to re-file it in the future.   Furthermore, the prior Order to Show Cause [ECF No. 40] is **DISCHARGED**.

    The Court will issue a decision on the pending motions to dismiss in due course and will order oral argument if the Court deems it necessary.   Upon review of the file and pursuant to D.C.Colo.L. Civ. R. 7.1, the Court has determined that oral argument is not necessary at this time.   Accordingly, Plaintiff's Request for Status Conference and Oral Argument [ECF No. 95], filed August 6, 2012 is **DENIED.**

    Dated:   August 16, 2012.