UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02434-WYD-MEH

CARL GENBERG,

    Plaintiff,

v.

STEVEN S. PORTER; an individual,
JEFFREY SPERBER; an individual,
AL BAUTISTA; an individual,
MICHELLE DARNAUD; an individual,
CHERYL HOFFMAN-BRAY; an individual,
PHILIPPE GASTONE; an individual, and,
MARC REDLICH, an individual,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on the Motion Of Defendants Steven S. Porter, Jeffrey Sperber, Alberto Bautista, Michel Darnaud, Cheryl Hoffman-Bray, And Philippe Gastone To Consider Attachments A And B To Defendants' Motion To Dismiss [ECF No. 86].  After careful consideration, it is

    ORDERED that the defendants' Motion to Consider Attachments A and B [ECF No. 86] is **GRANTED**.

    Dated:  December 17, 2012.