IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02434-WYD-MEH

CARL GENBERG,

    Plaintiff,

v.

STEVEN S. PORTER, an individual,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 28, 2014.**

    The Motion for Substitution as Co-Counsel of Record filed by Holly Sterrett [filed August 27, 2014; docket #153] is **granted in part and denied as moot in part**.

    First, there is no indication in the record that Holly Sterrett entered an appearance in this case; accordingly, her request to withdraw is moot and the Court will deny the motion on that basis.

    Second, through the motion, Michelle Albert seeks to enter her appearance in the case. The Court grants the motion in this respect, and directs the Clerk of the Court to enter the appearance of Michelle K. Albert as counsel for Defendant Steven Porter.