IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:11-cv-2434-WYD-MEH | Date: | December 29, 2014 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                 *Counsel:*

CARL GENBERG                                                    *pro se*

   Plaintiff,

v.

STEVEN S. PORTER,                                               Michelle Albert
JEFFREY SPERBER, AL BAUTISTA, CHERYL         Edwin Aro
HOFFMAN-BRAY,MICHAEL DARNAUD, PHILIPPE
GASTONE
MARC REDLICH

   Defendants.

   .

# COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**

**Court in session:     10:14 a.m.**

The Court calls case. All parties/counsel appeared by telephone. Plaintiff appeared *pro se.*   John Palmeri and/or Laurie Rust did not appear on behalf of Marc Redlich.

Discussion was held regarding the status of the discovery requests and possible discovery motions to be filed.

The Court GRANTED the [#161] Unopposed Motion for Leave to file Third Amended Complaint. IT IS ORDERED THAT the Clerk of Court is to file the Third Amended Complaint into the record.

IT IS FURTHER ORDERED THAT a Status Conference is set for January 16, 2015 at 10:00 a.m. before Magistrate Judge Michael E. Hegarty in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

By the close of business on January 14, 2015, the parties may file a summary and/or timeline of events (including discovery requests and responses) that have occurred in this case.

IT IS FURTHER ORDERED THAT the responses to the subpoenas issued by the plaintiff are STAYED pending the Status Conference set for January 16, 2015.   This includes the subpoena issued to Arnold & Porter LLP, as well as the other four subpoenas issued as referenced on the record.

**Court in recess:**      **10:47 a.m.**       (Hearing concluded)
Total time in court:    00:33

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.