IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02434-WYD-MEH

CARL GENBERG,

    Plaintiff,

v.

STEVEN S. PORTER,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 7, 2015**.

    Plaintiff's Motion for Leave to File his Memorandum Contra Defendant's Motion to Dismiss for Lack of Prosecution [filed December 31, 2014; docket #168] is **granted**. The Court will accept and consider the Plaintiff's response to the motion to dismiss, attached to the present motion at docket #168-2. Defendant may file a reply in support of his motion on or before January 21, 2015.