IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 11-cv-02434-WYD-MEH | Date: | January 16, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

CARL GENBERG   Pro se

    Plaintiff,

v.

STEVEN S. PORTER   Michelle Albert
                                                                      Edwin Aro

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**

**Court in session:     10:12 a.m.**

The Court calls case.   Appearances of counsel.

IT IS ORDERED THAT the [159] Motion to Dismiss for Lack of Prosecution or for Entry of Show Cause Order is DENIED without prejudice.

IT IS ORDERED THAT all documents requested through discovery are to be produced on or before February 13, 2015. All objections, with the exception of privilege, are waived.

[174] MOTION for Extension of Time to File Answer or Otherwise Respond *to Third Amended Complaint* is GRANTED. Defendant's answer is due by January 26, 2015.

Discovery deadline:     August 14, 2015
Dispositive Motion deadline:     September 11, 2015

Discussion was held regarding discovery issues and pending requests for discovery.   Regarding the pending subpoena duces tecum issued by the plaintiff, IT IS ORDERED THAT the subpoenas do not need to be re-served.   The recipients have 14 days from the date of this Order to respond.

IT IS FURTHER ORDERED THAT the subpoena duces tecum served on Arnold & Porter, LLP is QUASHED.

The Final Pretrial Conference is set for October 29, 2015 at 9:30 a.m. before Magistrate Judge Hegarty in Courtroom a 501.

Discussion was held regarding search terms and parameters to be used to search the plaintiff's computer.

IT IS FURTHER ORDERED THAT a Protective Order is to be put in place prior to the plaintiff's production of documents.

**Court in recess:   11:54 a.m.**          (Hearing concluded)
Total time in court:     1:42

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.