IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02434-WYD-MEH

CARL GENBERG,

    Plaintiff,

v.

STEVEN S. PORTER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 13, 2015**.

    The "Stipulated Motion for Protective Order" [filed March 12, 2015; docket #198] is actually a proposed order containing no request for relief and, thus, is **denied without prejudice**. In addition, to the extent that paragraphs 8.7 and 8.8 may be construed to confer jurisdiction on the Court after the closing of the case, the Court will not approve such provision(s).

    If the parties re-submit the proposed order with a proper motion, they shall provide the Court with a copy of the proposed order in useable format (Word, Word Perfect) via email to hegarty_chambers@cod.uscourts.gov.