IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02434-WYD-MEH

CARL GENBERG,

    Plaintiff,

v.

STEVEN S. PORTER,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 18, 2015**.

    Defendant's Unopposed Motion for Entry of Stipulated Protective Order [filed March 17, 2015; docket #201] is **granted**. The proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.