IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:11-cv-02434-WYD-MEH | Date: | November 3, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

CARL GENBERG  Pro se

   Plaintiffs,

v.

STEVEN S. PORTER  Michelle Albert
  Edwin Aro

   Defendant.

---

**COURTROOM MINUTES**
**MOTION HEARING**

---

**10:29 a.m.**     **Court in session.**

Court calls case.  Appearances of counsel.  Plaintiff appeared by telephone.

[215] Plaintiff's MOTION for a Protective Order Pursuant to Rule 26(c) IS GRANTED IN PART AND DENIED IN PART as stated on the record.

**ORDERED**:

The timeline regarding licensing runs from late 2009 to September 2010.  Information regarding licensing is discoverable for the time of termination and immediate aftermath.

The cutoff date for production on the subpoena is May 31, 2010.

Information regarding the plaintiff's finances is discoverable.

Counsel has 20 minutes to cover the plaintiff's finances during the deposition.

**11:58 a.m.**     **Court in recess.**     Hearing concluded.
Total in-court time   01:29

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.