IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02434-WYD-MEH

CARL GENBERG,

    Plaintiff,

v.

STEVEN S. PORTER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 1, 2015**.

    Defendant's [Re-Filed] Unopposed Motion for Entry of Stipulated Protective Order [filed November 27, 2015; docket #229] is once again **denied without prejudice**, and the proposed Stipulated Protective Order is refused. The parties are granted leave to re-file their motion and again submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a ***specific*** mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. Notably, *Gillard* requires the party designating information as confidential to file a motion and carry the burden when such designation is challenged, which is counter to the approach taken in Defendant's proposed Stipulated Protective Order.